Abdullah Ahmad **BEY** et al.

v.

**Francis MULDOON, Alfred Corry and Stewart Sobelman, Trustees and Robert Kelly, Administrator of a Special Fund (2/5/62), et al.**

Abdullah Ahmad Bey, Appellant.

No. 15133.

United States Court of Appeals Third Circuit.

Argued Sept. 14, 1965.

Decided Jan. 27, 1966.

Sidney J. Smolinsky, Philadelphia, Pa. (Bernard Sacks, Dorfman, Pechner, Sacks & Dorfman, Philadelphia, Pa., on the brief), for appellant.

William R. Deasey, Philadelphia, Pa. (Kelly, Deasey & Scanlan, Philadelphia, Pa., on the brief), for Corry, Kelly, Muldoon, Sobelman and Philadelphia Marine Trade Ass'n.

Marvin I. Barish, Philadelphia, Pa. (Abraham E. Freedman, Freedman, Borowsky & Lorry, Philadelphia, Pa., on the brief), for ILA, Trustees of Pension Fund et al.

Before BIGGS, Chief Judge and KALODNER and SMITH, Circuit Judges.

**PER CURIAM.**

Much of the previous history of this case is set out in 217 F.Supp. 401 (E.D. Pa.1962), id., 404 (E.D.Pa.1963) and 223 F.Supp. 489 (E.D.Pa.1963), and need not be repeated here. The agreement was reformed in accordance with the opinion last cited and as required by it. See id. supra, 496. An examination of the record and of the briefs and consideration of the oral arguments lead us to the conclusion that the court below committed no error. Consequently, the order of the court below requiring judgment to be entered for the defendants and dissolving the injunction restraining the transfer of money from the royalty fund will be affirmed.

**UNITED STATES of America, Appellant,**

v.

**The FARMERS BANK OF DOUGLAS, GEORGIA, Claimant of One 1964 Pontiac Catalina 4-Door Sedan Serial No. 834D1164, Appellee.**

No. 22613.

United States Court of Appeals Fifth Circuit.

Jan. 24, 1966.

Richard C. Chadwick, Asst. U. S. Atty., Savannah, Ga., Donald H. Fraser, U. S. Atty., for appellant.

John W. Bennett, Waycross, Ga., Bennett, Pedrick & Bennett, Waycross, Ga., of counsel, for appellee.

Before BELL and COLEMAN, Circuit Judges, and GARZA, District Judge.

PER CURIAM:

It appearing that the government failed in its burden to show either a record or reputation, United States v. General Motor Acceptance Corp., 5 Cir., 1961, 296 F.2d 246, the judgment appealed from is due to be, and it is affirmed.